UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILTER PLUS, INC.,

        Plaintiff,                    CIVIL NO: 16-CV-12013-DT

v.

THE O R COMPANY, ET AL.,

        Defendants.

_____/

## ORDER OF DISMISSAL

The court has been advised by counsel that the parties have agreed to a settlement. Therefore,

IT IS ORDERED that the above-entitled action be, and the same hereby is, **DISMISSED** without costs and without prejudice to the right of the plaintiff to move within sixty (60) days, to vacate this order for any reason, or to substitute a more complete order of dismissal corresponding to the parties' agreement.

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: March 14, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 14, 2017, by electronic and/or ordinary mail.

                                      S/Shawna C. Burns
                                      Case Manager Generalist
                                      (810) 292-6522